IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WILLIAM GEHA,<br><br>        Petitioner,<br><br>   v.<br><br>KATHLEEN PROSPER, Warden,<br><br>        Respondent.<br>_____ | No. CIV-S-06-0577-FCD-PAN<br><br>ORDER |

On August 21, 2006, petitioner Jay William Geha, through his counsel John Balazs, and Respondent Kathleen Prosper, through her counsel, Supervising Deputy Attorney General Brian Means, filed a stipulation and request that the Court extend the due date for petitioner's opposition to respondent's motion to dismiss two weeks from August 25, 2006, to September 8, 2006.  The reason for this request is that petitioner's counsel has recently been retained to represent petitioner and needs additional to prepare the opposition to the motion to dismiss.  This preparation requires counsel to review additional records, consult with petitioner and his family, obtain

/////

/////

/////

1  declarations if necessary, and to research and draft the opposition to
2  the motion to dismiss.
3          Accordingly, IT IS HEREBY ORDERED that petitioner's August
4  21, 2006, request for an extension of time through and including
5  September 8, 2006, is granted.
6  DATED: August 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
geha0577.ext

2