IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAY WILLIAM GEHA,** | CIV-S-06-0577 FCD PAN P |
| Petitioner, | **ORDER** |
| v. | |
| **KATHLEEN PROSPER, Warden,** | |
| Respondent. | |

      Respondent has requested a thirty-day extension of time in which to file a reply to the opposition to motion to dismiss. The parties have stipulated to the request. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including October 14, 2006, in which to file a reply to the opposition to motion to dismiss.

DATED: September 14, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

14
geha0577.ext2