1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
**JAY WILLIAM GEHA,**                        CIV-S-06-0577 FCD EFB P
12
                                  Petitioner,    **ORDER**
13
        **v.**
14
**KATHLEEN PROSPER, Warden,**
15
                                 Respondent.
16
17
        Respondent has requested a thirty (30) day extension of time in which to file a reply
18
to the opposition to motion to dismiss.  The parties have stipulated to the request.  GOOD
19
CAUSE APPEARING, Respondent is granted an extension of time to and including November
20
13, 2006, in which to file a reply to the opposition to motion to dismiss.
21
Dated: November 1, 2006
22
23
24                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28