1
2
3
4
5
6
7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAY WILLIAM GEHA,

11            Petitioner,                    Case No. 2:06-cv-00577 ALA (HC)

12        vs.

13   KATHLEEN PROSPER, Warden,          **ORDER & WRIT OF HABEAS CORPUS
                                        AD TESTIFICANDUM**
14            Respondent.

15   _____/

16   /////

17        Jay William Geha, (P64116), a necessary and material witness in proceedings in this case

18   is confined in the California Medical Facility, 1600 California Drive, Vacaville, California

19   95696, in the custody of the Kathleen Prosper, Warden.  To secure this inmate's attendance, for

20   an evidentiary hearing on May 20, 2008, at 11:00 a.m., it is necessary that a Writ of Habeas

21   Corpus ad Testificandum issue commanding the custodian, Kathleen Prosper, to produce inmate,

22   Jay William Geha, in Court, United States Courthouse, 501 "I" Street, Sacramento, California.

23   /////

24        Accordingly, **IT IS HEREBY ORDERED** that:

25        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

26   commanding Kathleen Prosper, Warden, to produce the inmate, Jay William Geha, to testify in

1

1  United States District Court at the time and place above, and from day-to-day until completion of

2  the evidentiary hearing or as ordered by the Court; and thereafter to return the inmate to the

3  California Medical Facility, Vacaville, California;

4      2.  Kathleen Prosper, custodian, is ordered to notify the Court of any change in custody

5  of inmate, Jay William Geha, and is ordered to provide the new custodian with a copy of this

6  writ; and

7      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of

8  habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento,

9  P.O. Box 290007, Represa, California  95671.

10  /////

11  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

12  **To:  Warden Kathleen Prosper of the California Medical Facility, 1600 California Drive,**

13  **Vacaville, California, 95696:**

14  /////

15      **WE COMMAND** you to produce the inmate named above to testify before the United

16  States District Court at the time and place above, and from day-to-day until completion of the

17  proceedings or as ordered by the Court; and thereafter to return the inmate to the above

18  institution.

19  /////

20      **FURTHER**, you have been ordered to notify the Court of any change in custody of the

21  inmate and have been ordered to provide the new custodian with a copy of this writ.

22  /////

23  DATED: April 11, 2008                                    /s/ Arthur L. Alarcón
                                                              UNITED STATES CIRCUIT JUDGE
24                                                            Sitting by Designation

25

26

2