IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY WILLIAM GEHA,

    Petitioner,                    Case No. 2:06-cv-0577 ALA (HC)

vs.

KATHLEEN PROSPER, Warden

    Respondent.                **ORDER**

_____/

      Petitioner, Mr. Jay Geha, is a state prisoner presently proceeding *pro se* and *in forma pauperis* with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 12, 2006, and July 27, 2006, Petitioner filed requests for appointment of counsel. On August 3, 2006, the magistrate assigned to this matter denied Petitioner's requests without prejudice. On June 29, 2007, this case was reassigned to the undersigned.

      18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interest of the case so require." *See* Rule (8)©, Fed. R. Governing § 2254 Cases. In light of the complexity of the legal issues involved, this Court concludes that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

/////

1

Accordingly, **IT IS HEREBY ORDERED** that John Balazs, Esq., an appointee to the Criminal Justice Act panel, in the Eastern District of California, is hereby appointed to represent Petitioner.

DATED: April 24, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation