IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY WILLIAM GEHA,

    Petitioner,               Case No. 2:06-cv-0577 ALA (HC)

    vs.

KATHLEEN PROSPER, Warden

    Respondent.          **ORDER**

_____/

    On April 21, 2008, Petitioner filed an *ex parte* application to incur costs in preparation for the ordered May 20, 2008, evidentiary hearing. Specifically, counsel requests permission from this Court to retain an expert for the hearing pursuant to Title 18 Section 3006A(e)(1). A review of the *ex parte* application makes plain that " the services are necessary and the [Petitioner] is unable to obtain them." 18 U.S.C.A. § 3006A(e)(1).

    Good cause shown, this Court HEREBY ORDERS that:

  1. For confidentiality reasons, the Clerk of Court shall maintain the instant *ex parte* application for expert services under seal;

  2. Petitioner's request to retain an expert for the aforementioned hearing is GRANTED; and

/////

1

3. The cost to retain the expert shall not exceed $5000.

DATED: May 2, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation