IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY WILLIAM GEHA,

      Petitioner,               Case No. 2:06-cv-00577 ALA (HC)

      vs.

KATHLEEN PROSPER, Warden

      Respondent.            ORDER

_____/

/////

/////

The parties attended an evidentiary hearing on May 20, 2008. It is hereby **ORDERED** that:

    1.    Petitioner is directed to file a supplemental brief consisting of no more than ten (10) pages on or before June 3, 2008, briefly responding to the contentions set forth in Respondent's reply to the opposition to the motion to dismiss the complaint. In addition, Petitioner may present any additional comments concerning the applicability of the doctrine of equitable tolling, based on the testimony elicited at the May 20, 2008 evidentiary hearing.

    2.    Respondent may file a reply consisting of no more than ten (10) pages on or before June 17, 2008.

1

1  ///

2  DATED: May 22, 2008

3                                            /s/ Arthur L. Alarcón

4                                            UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation