IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY WILLIAM GEHA,

    Petitioner,                  No. 2:06-cv-00577 ALA HC

    vs.

KATHLEEN PROSPER, Warden,

    Respondent.             ORDER

_____/

    Pending before the Court is Petitioner's application for a certificate of appealability ("COA") (doc.48) on the issues of whether (1) "Geha's application for writ of habeas corpus was properly dismissed as untimely and not subject to equitable tolling and (2) whether the [*Blakely v. Washington*, 542 U.S. 296 (2004)] holding should be applied retroactively to collateral review so that Geha's *Blakely* claim would be reviewable in federal court." *Application for COA* at 2.

    A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a COA indicating which issues satisfy the required showing or must state the reasons why a COA should not issue. Fed. R. App. P. 22(b)(1).

    Petitioner concedes that his COA arguments repeat the arguments raised in his pleadings. *Application for COA* at 6 n.1. The Court's July 2, 2008 order reached each of Petitioner's

1

1 arguments, and found them all to be without merit.  For the reasons stated in that order,

2 Petitioner has failed to make a substantial showing of the denial of any constitutional right.

3      THEREFORE, Petitioner's application for a COA (doc.48) is DENIED.

4 /////

5 DATED: July 25, 2008

6     /s/ Arthur L. Alarcón
    UNITED STATES CIRCUIT JUDGE
7     Sitting by Designation